**RETURN DATE: Tuesday, April 21, 2026 at 10:00 a.m.**
**OBJECTIONS DUE: Tuesday, April 14, 2026 at 4:00 p.m.**
**POUGHKEEPSIE MATTERS**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br>**LAURELS OF FALLSBURG LLC,**<br>Alleged Debtor. | **Case No. 25-35887 (KYP)**<br>(Chapter 11) |
| In re:<br>**651 LAKES LLC,**<br>Alleged Debtor. | **Case No. 25-35891 (KYP)**<br>(Chapter 7) |
| In re:<br>**MAGICSOFT GROUP, INC.,**<br>Alleged Debtor. | **Case No. 25-35888 (KYP)**<br>(Chapter 7) |
| **ARON BERLIN, et al.,**<br>Plaintiffs,<br>v.<br>**JENNIFER SAFKEN, et al.,**<br>Defendants. | **Adv. Pro. No. 25-09019 (KYP)** |

# NOTICE OF MISTAKEN IDENTITY, DECLARATION OF AHRON BERLIN, AND REQUEST FOR PROTECTIVE RELIEF

I, Ahron Berlin, appearing pro se solely for the limited purpose of correcting the record and protecting myself from mistaken identity, declare under penalty of perjury as follows:

1. My name is Ahron Berlin. My address is 1909 New York Ave, Brooklyn, New York 11210.
2. I first learned of these matters completely by coincidence when a good friend, Mr. Martinez, an attorney who happened to be present in Bankruptcy Court for an unrelated case, heard my name mentioned and contacted me to notify me about it.
3. I am not the person identified in filings in these matters as "Aron Berlin" at 4118 14th Avenue, Brooklyn, New York 11219, and I did not sign, file, verify, authorize, or direct the filing of the petitions, complaint, motions, service papers, or any other papers in these matters that use that identity and address.
4. 4118 14th Avenue, Brooklyn, New York 11219 is not my address. I have never resided at that address and have no association with it.
5. An email address, berlinahron@gmail.com, appears to exist in records associated with me from years ago. I almost never used that account, I did not use it in connection with these matters, I did not authorize anyone to use it on my behalf in these matters, and after reviewing the account I found no messages or activity relating to these proceedings. Its appearance in filings in these matters does not establish that I filed or authorized those papers.
6. I did not receive the January 14, 2026 sanctions motion papers or the February 27, 2026 reply papers at my address. Those papers appear to have been mailed to 4118 14th Avenue, Brooklyn, New York 11219, not to me.

7. I have never appeared in these matters, never sought any relief in these matters, never directed any filing in these matters, and never knowingly participated in these matters in any capacity. To the extent any paper, signature, address, email address, service information, or litigation position in these matters has been attributed to me, that attribution is false as to me and was made without my knowledge, consent, or authorization.
8. To the extent the United States Trustee's papers summarize or characterize other matters involving a person identified as "Aron Berlin" or "Ahron Berlin," I do not by this limited filing admit the accuracy or completeness of those characterizations, and I do not admit that those characterizations establish that I filed, signed, authorized, or participated in the filings at issue in these matters. My request here is limited and specific: that no allegation, dismissal history, service history, or sanctions theory drawn from other matters be used to conclude that I filed or authorized the filings at issue here without competent evidence connecting me to these specific filings.
9. I respectfully request that the Court protect me from prejudice arising from filings I did not make and did not authorize.

**WHEREFORE, I respectfully request that the Court:**

(a) note this declaration of mistaken identity and unauthorized use of my name;

(b) clarify that no relief, sanction, default, adverse finding, or service consequence shall be entered against me personally based on filings I did not make or authorize;

(c) deem any purported service at 4118 14th Avenue, Brooklyn, New York 11219 not to be service on me;

(d) declare that I was not the filer, signatory, petitioning creditor, plaintiff, or appearing party in these matters, and that no act, omission, filing, or purported service attributed to "Aron Berlin" at 4118 14th Avenue, Brooklyn, New York 11219 shall be deemed an act, omission, filing, or service by or upon me;

(e) clarify that no allegation, characterization, dismissal history, service history, or sanctions theory drawn from other matters shall be deemed proof that I filed, signed, authorized, or participated in the filings at issue in these matters absent competent evidence connecting me to these specific filings;

(f) direct such correction, annotation, restriction, or redaction of the record as the Court deems appropriate to prevent prejudice to me; and

(g) grant such other relief as is just and proper.

Dated: March 14, 2026
Brooklyn, New York

/s/ Ahron Berlin
Ahron Berlin, Pro Se
1909 New York Ave
Brooklyn, NY 11210
Telephone: 347-254-3532
Email: fax100@gmail.com

# EXHIBIT A

*Attach one redacted document showing your correct name and current address before filing.*

Examples: redacted driver's license, utility bill, government letter, or other single page showing Ahron Berlin and 1909 New York Ave.


NEW YORK STATE
USA
NOT FOR FEDERAL PURPOSES
DRIVER LICENSE
Commissioner of Motor Vehicles
ID 718
Class E
BERLIN
AHRON
1909 NEW YORK AVE 2
BROOKLYN, NY 11210
DOB 1949
Issued /2026
Expires /2033
E NO
R B
Sex M Height 5'-11" Eyes BRO
AUG 49

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br>**LAURELS OF FALLSBURG LLC,**<br>Alleged Debtor. | **Case No. 25-35887 (KYP)**<br>(Chapter 11) |
| In re:<br>**651 LAKES LLC,**<br>Alleged Debtor. | **Case No. 25-35891 (KYP)**<br>(Chapter 7) |
| In re:<br>**MAGICSOFT GROUP, INC.,**<br>Alleged Debtor. | **Case No. 25-35888 (KYP)**<br>(Chapter 7) |
| **ARON BERLIN, et al.,**<br>Plaintiffs,<br>v.<br>**JENNIFER SAFKEN, et al.,**<br>Defendants. | **Adv. Pro. No. 25-09019 (KYP)** |

## PROPOSED ORDER

Upon the Notice of Mistaken Identity, Declaration of Ahron Berlin, and Request for Protective Relief, it is hereby

ORDERED, that Ahron Berlin, 1909 New York Ave, Brooklyn, NY 11210, is not the filer identified in these matters as "Aron Berlin" at 4118 14th Avenue, Brooklyn, NY 11219; and it is further

ORDERED, that no sanction, default, adverse finding, service consequence, or other relief shall be entered against Ahron Berlin personally based on filings he did not make or authorize; and it is further

ORDERED, that any purported service at 4118 14th Avenue, Brooklyn, NY 11219 shall not be deemed service on Ahron Berlin; and it is further

ORDERED, that no allegation, characterization, dismissal history, service history, or sanctions theory drawn from other matters shall be deemed proof that Ahron Berlin filed, signed, authorized, or participated in the filings at issue in these matters absent competent evidence connecting him to these specific filings; and it is further

ORDERED, that the Clerk and/or parties shall take reasonable steps to avoid continued misidentification of Ahron Berlin in these matters.

Dated: ___________________, 2026
Poughkeepsie, New York

__________________________________
HON. KYU YOUNG PAEK
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

| | |
|---|---|
| In re:<br>**LAURELS OF FALLSBURG LLC,**<br>Alleged Debtor. | **Case No. 25-35887**<br>**(KYP)**<br>(Chapter 11) |
| In re:<br>**651 LAKES LLC,**<br>Alleged Debtor. | **Case No. 25-35891**<br>**(KYP)**<br>(Chapter 7) |
| In re:<br>**MAGICSOFT GROUP, INC.,**<br>Alleged Debtor. | **Case No. 25-35888**<br>**(KYP)**<br>(Chapter 7) |
| **ARON BERLIN, et al.,**<br>Plaintiffs,<br>v.<br>**JENNIFER SAFKEN, et al.,**<br>Defendants. | **Adv. Pro. No. 25-09019**<br>**(KYP)** |

## CERTIFICATE OF SERVICE

I, Ahron Berlin, certify that on ___________________, 2026, I served a true copy of the Notice of Mistaken Identity, Declaration of Ahron Berlin, and Request for Protective Relief, together with Exhibit A and the Proposed Order, by first-class mail upon the following:

| | |
|---|---|
| **Alicia M. Leonhard** | Trial Attorney<br>Office of the United States Trustee<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Room 620<br>Albany, NY 12207 |
| **Israel Meir Farkash** | 9 Ramsey Terrace<br>Fair Lawn, NJ 07410 |
| **Laurels of Fallsburg LLC** | 5 Red Maple Court<br>South Fallsburg, NY 12779 |
| **651 Lakes LLC** | 651 Lakes Rd.<br>Monroe, NY 10950 |
| **Magicsoft Group, Inc.** | 2 Cardinal Lane<br>Airmont, NY 10952 |
| **Joshua R. Bronstein, Esq.** | 114 Soundview Drive<br>Port Washington, NY 11050 |

Dated: ___________________, 2026

/s/ Ahron Berlin
Ahron Berlin
1909 New York Ave
Brooklyn, NY 11210